**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **MONITRONICS INTERNATIONAL, INC.** § <br> § <br> **Plaintiff,** § <br> § **Civil No. 3:16-CV 2716-M** <br> **V.** § <br> § <br> **SKYLINE SECURITY MANAGEMENT, INC., and** § <br> **EDWIN ARROYAVE,** § <br> § <br> **Defendants.** § | |

### JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Monitronics International, Inc. ("MONI") and Defendants Skyline Security Management, Inc., and Edwin Arroyave (collectively, "Defendants"), by and through their counsel, hereby stipulate and agree to the following:

WHEREAS, MONI and Defendants have entered into a settlement agreement resolving the matters in dispute before this Court,

The parties hereby agree that, pursuant to Federal Rule of Civil Procedure 41(a), all claims in this case shall be dismissed with prejudice. Each party will bear all its own attorneys' fees and costs in this case.

Dated: December 11, 2017.

Respectfully submitted,

**CULP & DYER, L.L.P.**
ATTORNEYS FOR PLAINTIFF,
MONITRONICS INTERNATIONAL, INC.

By: */s/Benjamen S. Dyer*
Benjamen S. Dyer
State Bar No. 00795332
bdyer@cdhllp.com
Marc S. Culp
State Bar No. 05212700
mculp@cdhllp.com
Amanda B. Montgomery
State Bar No. 24065779
amontgomery@cdhllp.com

Culp & Dyer, L.L.P.
222 E. McKinney Street
Suite 210
Denton, Texas 76201
Telephone: (940) 484-2236
Telecopier: (940) 484-4436

**DEANS & LYONS, LLP**
ATTORNEYS FOR DEFENDANTS,
SKYLINE SECURITY MANAGEMENT,INC.
AND EDWIN ARROYAVE

By: *Christopher J. Simmons*
Christopher J. Simmons
State Bar No. 24058796
csimmons@deanslyons.com
Lana Patrice Beverly
State Bar No. 24075377
lbeverly@deanslyons.com

Deans & Lyons, LLP
Republic Center
325 N. Saint Paul St., Suite 1500
Dallas, Texas 75201
Telephone: (214) 965-8500
Telecopier: (214) 965-8505